SCWC-12-0001114

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

LAST KONY,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001114; CR. NO. 11-1-1294)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Last Kony's Application

for Writ of Certiorari, filed on June 2, 2014, is hereby accepted

and will be scheduled for oral argument.

The parties will be notified by the appellate clerk

regarding scheduling.

DATED: Honolulu, Hawaiʻi, July 15, 2014.

| | |
|---|---|
| John M. Tonaki and Jon N. Ikenaga | /s/ Mark E. Recktenwald |
| for petitioner | /s/ Paula A. Nakayama |
| Keith M. Kaneshiro and Donn Fudo | /s/ Sabrina S. McKenna |
| for respondent | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

